UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                    No. 2:18-CR-20020-001

DANIEL GILES                                                                                DEFENDANT

## ORDER

The Court has received a report and recommendations (Doc. 64) from United States Magistrate Judge Mark E. Ford. There have been no objections filed and the time period for filing objections has passed. After careful review, the Court concludes that the report and recommendations should be, and hereby are, approved and ADOPTED IN THEIR ENTIERITY as the Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendant Daniel Giles's motion (Doc. 58) under 28 U.S.C. § 2255 to vacate his sentence is DENIED. No certificate of appealability shall issue.

IT IS SO ORDERED this 4th day of March, 20201.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE